**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHIMENE MATADJOU NZOTEGOUON, | ) | CASE NO. 1:25-cv-02473 |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiff, | ) | |
| v. | ) | |
| SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | **DISMISSAL ORDER** |
| Defendants. | ) | |

Plaintiff Chimene Matadjou Nzotegouon, through counsel, filed a "Complaint for Declaratory Judgement and Injunctive Relief and for a Writ in the Nature of Mandamus" alleging that the United States has unreasonably delayed adjudication of Plaintiff's Form I-589 C Asylum application.[1] (R. 1).

On March 16, 2026, Defendants filed a Motion to dismiss for failure to state a claim or, in the alternative, Motion to dismiss for lack of jurisdiction. (R. 11). Plaintiff did not respond.

On May 6, 2026, the Court issued a Show Cause Order requiring Plaintiff to show cause

[1] Plaintiff's counsel, Conrad Njinuwo Bayelle, was notified on November 14, 2025, that "[t]he Court finds no record of your being admitted to practice in the Northern District of Ohio. Pursuant to LR 83.5, an Application for Admission to Practice or a Motion to be Admitted Pro Hac Vice in this case must be filed within 10 business days.… If you are not the attorney of record in this case, a Motion to Withdraw as Attorney pursuant to LR 83.9 must be filed within 10 business days." Plaintiff's counsel has not responded.

within fourteen days why this matter should not be dismissed for want of prosecution. (R. 12). Plaintiff was explicitly warned that "[f]ailure to fully comply with this Order within the allotted timeframe may result in dismissal, without further notice, for failure to prosecute." *Id*. Plaintiff has failed to respond.

Thereafter, Defendants filed a Motion to dismiss pursuant to Fed. R. Civ. P. 12(h)(3) for lack of subject matter jurisdiction. (R. 13, PageID# 29). They assert that USCIS granted Plaintiff's Application for Asylum on April 15, 2026. (R. 13-1, PageID# 34, Exh. A). Therefore, Defendants contend no actual case or controversy is before the Court. The Court agrees.

For the foregoing reasons, this matter is DISMISSED for want of prosecution and because no live controversy remains as Plaintiff has obtained the relief she sought. Therefore, Defendants' Motion to dismiss pursuant to Fed. R. Civ. P. 12(h)(3) (R. 13) is hereby GRANTED. Defendants' Motion to dismiss for failure to state a claim (R. 11) is DENIED as moot. This matter is hereby closed.

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: August 24, 2026